IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SIDNEY A. STILTNER, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. 02-JEO-0945-S |
| WARDEN, MT. MEIGS CORRECTIONAL CENTER, | ) |
| Respondent. | ) |

**ENTERED**

**APR · · 2002**

## MEMORANDUM OPINION

Sidney A. Stiltner ("the petitioner") filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on April 15, 2002. The petition states that the petitioner was convicted of assault second degree, ALA. CODE § 13A-8-21, and unlawful imprisonment, ALA. CODE § 13A-8-41, by the Circuit Court of Chilton County, Alabama, on September 22, 1999. It is these convictions which the petitioner challenges in the instant petition.

### DISCUSSION

An application for a writ of habeas corpus may be filed in the district wherein the petitioner is incarcerated or in "the district court for the district within which the State court was held which convicted and sentenced" the petitioner. 28 U.S.C. § 2241(d). The petitioner attacks a conviction entered against him by the Circuit Court of Chilton County, Alabama. Chilton County is located within the jurisdiction of the United States District Court for the Middle District of Alabama. He is also incarcerated at Mt. Meigs Correctional Center which is located within the jurisdiction of the United States District Court for the Middle District of Alabama. In light of the foregoing, the court concludes that a transfer of this case to that court for hearing and determination is appropriate.



## CONCLUSION

Accordingly, it is the opinion of this court that this case be transferred to the United States District Court for the Middle District of Alabama pursuant to the provisions of 28 U.S.C. § 2241(d). An appropriate order will be entered.

**DONE**, this the _17th_ day of April, 2002.

_____
**JOHN E. OTT**
United States Magistrate Judge